IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 APR 26 A 11: 52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Elaine M. Coley )
_____ )
         Plaintiff )
                    )        2:06CV378-WKW
    v.              )
Alabama Medicaid   )
Agency             )
_____ )
         Defendant(s) )

## COMPLAINT

1. Plaintiff resides at 6321 Sandy Ridge Curve, Montgomery, AL 36117

2. Defendant(s)' name(s) Alabama Medicaid Agency

   Location of principal office(s) of the named defendant(s) 501 Dexter Avenue, Montgomery, AL 36103

   Nature of defendant(s)' business State Medicaid agency

   Approximate number of individuals employed by defendant(s) 500+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. \_\_\_ Failure to employ me.
   2. \_\_\_ Termination of my employment.
   3. \_\_\_ Failure to promote me.
   4. ✗ Other acts as specified below: discrimination in performance appraisals costing plaintiff promotional & advancement opportunities. Defendant placed negative information in my personnel file as well.

1



SCANNED
os 042706

5. Plaintiff is:
   A. ___ Presently employed by the defendant.
      ✓ Not presently employed by the defendant. The dates of employment were _March 2000 - January 2005_. Employment was terminated because:

      (1) _____ Plaintiff was discharged.
      (2) _____ Plaintiff was laid off.
      (3) ✓ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ✓ My race.
   B. ___ My religion.
   C. ___ My sex.
   D. ___ My national origin.
   E. ✓ Other, as specified below: _Retaliation because of complaints made to human resources regarding harassment and disparate treatment_

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Robin Rawls, Carol Herman, Lee Maddox and Mike Murphy._

8. The alleged discrimination occurred on or about _March 2003 until January 24, 2005._

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: _Please see attached._

10. The alleged illegal activity took place at _my place of employment 501 Dexter Avenue, Montgomery, AL._

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about __12/21/2004__. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on __1/28/06__.

12. I seek the following relief:

    A. __✓__ Recovery of back pay.
    B. ____ Reinstatement to my former job,
    and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: __4-26-06__

Signature of Plaintiff: _Elaine M. Coley_

Address & Telephone Number of Plaintiff:
6321 Sandy Ridge Curve
Montgomery, AL 36117
207-3606