IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On April 26, 2006, the *pro se* plaintiff filed an affidavit in support of her motion for leave to proceed *in forma pauperis*. This affidavit reveals that the plaintiff is presently employed and has $2,000.00 in a checking and/or savings account. Accordingly, it is

ORDERED that the plaintiff's motion for leave to proceed *in forma pauperis* be and is hereby DENIED. It is further

ORDERED that on or before May 23, 2006, the plaintiff shall forward to the Clerk of this Court the $350.00 filing fee. The plaintiff is cautioned that if she fails to comply with this order the undersigned will recommend that her case be dismissed.

Done this 2nd day of May, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE