IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On May 2, 2006, the court denied the plaintiff's motion to proceed *in forma pauperis* and directed her to pay the full filing fee on or before May 23, 2006.  The plaintiff has not paid the $350.00 filing fee.  Accordingly, it is

ORDERED that on or before June 14, 2006, the plaintiff shall show cause why this case should not be dismissed for her failure to pay the filing fee in compliance with the order entered on May 2, 2006. ( Doc. #4).  If the plaintiff does not wish to continue with this cause of action, she shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that her failure to file a response to this order will result in a Recommendation that this case be dismissed.

Done this 31st day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE