AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Elaine M. Coley

V.

Alabama Medicaid Agency

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv378-WKW

TO: (Name and address of Defendant)

Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, AL   36103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elaine M. Coley
6321 Sandy Ridge Curve
Montgomery, AL 36117
334-207-3606
PRO SE

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          7/24/06

CLERK                                                              DATE

_____/s/ Austin_____
(By) DEPUTY CLERK