IN THE UNITED STATES DISTRIST COURT
FOR MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 25 P 12: 10

PLAINTIFF-ELAINE COLEY           CASE # 2: 06-CV378-WKW

V.

DEFENDANT:
ALABAMA MEDICAID
   AGENCY

MOTION TO SET ASIDE ORDER
OF DISMISSAL

Pursuant to the Court's order that I pay a filing fee of three hundred and fifty dollars ($350.00). Enclosed, find **Attachment A**, copy of receipt for three hundred and fifty dollars, payment for the above captioned case. Plaintiff could not comply by the Court's deadline, June 12, 2006, because she never got notice of the letters of the Court's order to pay by June 12, 2006.

Because Plaintiffs complied with the Court's order to pay the filing fee, evidence by **Attachment A**, Plaintiff moves this court to set aside its order to dismiss this case.

Submitted this 25th day of July 2006

*Elaine Coley*
Elaine Coley
6321 Sandy Ridge Curve
Montgomery, Al 36117

CERTIFICATE OF SERVICE

I certify copy of the foregoing has been served on Defendants, Alabama Medicaid Department, post paid addressed to Human Resources, Alabama Medicaid Department, 506 Dexter Avenue, Montgomery, Al 36130

This 25th day of July 2006.

Elaine Coley
6321 Sandy Ridge Curve
Montgomery, Al 36117