AO82 SWEDA
(Rev. 4/91)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at _____MONTGOMERY_____

**110946**

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

000311P
000351P
000407P

110946##
CV FILE TREAS
08640)         1)).))
##
CIVIL FILE FEE
086900         6).)0
##
CIVIL FILE FEE
510000        19).))
##
TOTAL  350.00
CASH   350.))
CHANGE    ).))
3 ITM-CT
125322A0)0 12:22

THIS IS A RECEIPT, NOT A BILL

CASE REFERENCE:
2:06CV378-WKW

RECEIVED FROM:
Elaine Colley
6321 Sandy Ridge Curve
Montg AL 36117

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.