IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the July 25, 2006, motion to set aside order of dismissal (doc. # 9) filed by the plaintiff. On July 24, 2006, the court entered an order withdrawing the Report and Recommendation which recommended dismissal of this matter. (Doc. # 7). Accordingly, upon consideration of the motion, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 26th day of July, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE