| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you. | A. Signature<br>X *Laconey Landon*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery  7/27 |
| 1. Article Addressed to:<br><br>Alabama Medicaid Agency<br>501 Dexter Avenue<br>Montgomery, AL 36103 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06cv378<br>S+C |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7005 1820 0002 3461 0089 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |