# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

**HON. CHARLES S. COODY, MAG. JUDGE**    **AT**    **MONTGOMERY, ALABAMA**

**DATE COMMENCED:**    9/6/06    **AT**    10:00 a.m. to 10:03 a.m.
                                              FTR Recorded

**DATE COMPLETED:**    9/6/06

ELAINE M. COLEY                 *
    Plaintiff               *
                               *
vs.                            *    CASE NO. 2:06CV378-WKW-CSC
                               *
ALABAMA MEDICAID AGENCY        *
   Defendant.

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Ms. Elaine M. Coley,  Pro Se | * | Atty.   Amanda C. Carter |

---

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON

---

( X) OTHER PROCEEDINGS:    ***SCHEDULING CONFERENCE***

## SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Scheduling status conference - 2:06cv378-WKW-CSC | | |
|---|---|---|---|
| **Date** | 9 / 6 /2006 | **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:00:11 AM | Court | Court convenes; parties present as noted; Discussion as to plaintiff's getting an attorney; |
| 10:00:31 AM | Ms. Coley | In the process of doing that right now; |
| 10:00:34 AM | Court | Do you that's going to successful; |
| 10:00:41 AM | Ms. Coley | Have talke with several attorneys, is expecting an answer back from one this week; |
| 10:00:49 AM | Court | Explaination to parties as to how cases are handled by parties who represent themselves; We set a period of time for discovery, taking depositions, preparing or answering interrogatories, etc. that's generally 90 days;  Discussions that if plaintiff get a lawyer, the case will handled differently; |
| 10:02:14 AM | Ms. Coley | Addresses the court as to her knowledge of the legal system; Informs the court as to the reasons for delay in getting an atty is due to the illness of her father, who lives out of state; |
| 10:02:41 AM | Court | Will allow plaintiff a period of 30 days to get a lawyer, then start time for conducting discovery; |
| 10:03:44 AM | Court | Court is recessed. |