IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
|    Defendant. | ) |

**SCHEDULING ORDER**

For good cause, it is

ORDERED as follows:

1. The plaintiff shall be allowed until October 6, 2006, to retain counsel to represent her. Retained counsel shall file a notice of appearance.

2. All discovery as authorized by Rules 26-37, and 45, *Federal Rules of Civil Procedure,* shall commence on October 7, 2006 and shall be completed on or before January 8, 2007. Notwithstanding any rule to the contrary, all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court.

2. Any dispositive motions such as motions to dismiss or motions for summary judgment and any evidentiary materials in support of the motions shall be filed on or before February 8, 2007.

**NOTICE TO PLAINTIFF:** The Federal Rules of Civil Procedure require that the

plaintiff mail to the lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the defendants themselves, a true copy of <u>anything</u> which the plaintiff sends to or files with the court. Failure to do so may result in dismissal of this case or other penalties. Anything filed should contain a certificate of service which specifically states that the pleading or other document has been sent to the lawyer for the defendants.

Done this 6th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE