## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

2006 SEP 29  P 3: 42

**Elaine Coley,**

**CASE NO:**
**2:06-CV-378-WKW**

**Plaintiff**

vs.

**Alabama Medicaid Agency**


### MOTION FOR 30 DAY
### EXTENSION


Plaintiff, Elaine Coley, moves this court for a 30 day extension in this case for cause state the following:

Pending before this court is an action filed (me) Plaintiff, contending violation of Title VII of the Civil Rights Act of 1964 as amended against above defendant, stating I was subjected to disparate terms and conditions of Employment with Medicaid Department to which I obtained the 'Right to Sue' from the Equal Employment Office Commission (EEOC).

Due to the death of Plaintiff's father on 09/28/06, as she will have to travel out of the state for the funeral services.

Submitted this 29th day of September 2006

Elaine Coley
6321 Sandy Ridge Curve
Montgomery, Al 36117

CERTIFICATE OF SERVICE

I certify copy of the foregoing has been served on Defendant Medicaid Department,
addressing copy of same post paid to Alabama Medicaid Agency, Human Resources
Division, 501 Dexter Avenue, P.O. Box 5624, Montgomery, Al 36103. This 29th day of
September 2006.

Elaine Coley
6321 Sandy Ridge Curve
Montgomery, Al 36117