## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ELAINE M. COLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:06cv378-WKW** |
| | ) | |
| | ) | |
| **ALABAMA MEDICAID AGENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF TAKING DEPOSITION

TO:     Elaine M. Coley
        6321 Sandy Ridge Curve
        Montgomery, AL 36117

Please take notice that the Defendant, ALABAMA MEDICAID AGENCY, will take the deposition of the Plaintiff, ELAINE M. COLEY, on December 1, 2006 at 9:00 a.m., at the law offices of Wilkerson & Bryan, P.C., 405 South Hull Street, Montgomery, Alabama.     This deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure  for the purpose of discovery or use as evidence in this action, or for both purposes.  The deposition shall continue from day to day until complete and will be taken in front of a Notary Public or such other officer authorized to administer oaths.

Dated: October 11, 2006.

                                        **s/Amanda C. Carter**
                                        MARK D. WILKERSON (WIL072)
                                        AMANDA C. CARTER (CAR116)
                                        Attorneys for Defendant
                                        Alabama Medicaid Agency
                                        WILKERSON & BRYAN, P.C.
                                        405 South Hull Street
                                        Montgomery, AL 36104

Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this the 10th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the Plaintiff, properly addressed and first class postage prepaid.

**Elaine M. Coley, Pro Se**
6321 Sandy Ridge Curve
Montgomery, AL 36117
(334) 207-3606

<u>s/Amanda C. Carter</u>
MARK D. WILKERSON (WIL072)
AMANDA C. CARTER (CAR116)
Attorneys for Defendant
Alabama Medicaid Agency
WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com