IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ELAINE M. COLEY,                    )
                                     )
     Plaintiff,                    )
                                     )
v.                                   )    CIVIL ACTION NO.  2:06cv378-WKW
                                     )
ALABAMA MEDICAID AGENCY,             )
                                     )
     Defendant.                    )

## ORDER

Now pending before the court is the plaintiff's motion for a thirty (30) day extension of time.  (Doc. # 16).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 16) be and is hereby GRANTED.  It is further

ORDERED as follows:

1.      The plaintiff shall be allowed until November 6, 2006, to retain counsel to represent her.  Retained counsel shall file a notice of appearance.  The plaintiff is advised that no further extensions of time shall be granted and that if she is unable to secure representation, she will have to proceed *pro se* in this matter.

2.      All discovery as authorized by FED. R. CIV. P. 26-37, and 45, shall commence on **October 11, 2006**, and be completed on or before **February 8, 2006**.  Notwithstanding any rule to the contrary, all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court.

3.  Any dispositive motions such as motions to dismiss or motions for summary judgment and any evidentiary materials in support of the motions shall be filed on or before **March 8, 2006**.

**NOTICE TO PLAINTIFF:** The *Federal Rules of Civil Procedure* require that the plaintiff mail to the lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the defendants themselves, a true copy of <u>anything</u> which the plaintiff sends to or files with the court.  Failure to do so may result in dismissal of this case or other penalties. Anything filed should contain a certificate of service which specifically states that the pleading or other document has been sent to the lawyer for the defendants.

Done this 11th day of October, 2006.

_____/s/Charles S. Coody_____

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE