# WILKERSON ✦ BRYAN

WILKERSON & BRYAN, P.C.
ATTORNEYS & COUNSELORS

405 SOUTH HULL STREET
MONTGOMERY, ALABAMA 36104
TEL. 334.265.1500

AMANDA C. CARTER

amanda@wilkersonbryan.com

MAILING ADDRESS
POST OFFICE BOX 830
36101-0830
FAX 334.265.0319

October 11, 2006

Elaine M. Coley
6321 Sandy Ridge Curve
Montgomery, AL 36117

Re:   *Elaine M. Coley v. Alabama Medicaid Agency*; In the United States District Court for the Middle District of Alabama Northern Division; CV-06-378.

Dear Ms. Coley:

Please find enclosed Requests for Admission, Consolidated Discovery Requests (Interrogatories and Requests for Production) and a Deposition Notice that we filed electronically with the Court today in the above matter. The Deposition Notice provides that your deposition will be taken on December 1, 2006 at my office at 9:00 a.m. If this date and time are not convenient for you, please let me know at your earliest possible convenience so that we can schedule a time that is mutually convenient. You can reach me by phone at my office or at 334-220-9602, which is my cell phone.

Very truly yours,

WILKERSON & BRYAN, P.C.

AMANDA C. CARTER

ACC/sed
Enclosures

