# WILKERSON ◆ BRYAN

WILKERSON & BRYAN, P.C.
ATTORNEYS & COUNSELORS

405 SOUTH HULL STREET
MONTGOMERY, ALABAMA 36104
TEL. 334.265.1500

AMANDA C. CARTER
amanda@wilkersonbryan.com

MAILING ADDRESS
POST OFFICE BOX 830
36101-0830
FAX 334.265.0319

November 14, 2006

Elaine M. Coley
6321 Sandy Ridge Curve
Montgomery, AL 36117

Re:   *Elaine M. Coley v. Alabama Medicaid Agency*; In the United States District Court for the Middle District of Alabama Northern Division; CV-06-378.

Dear Ms. Coley:

I served Interrogatories, Production Requests and Requests for Admission on October 11, 2006. According to my calculations, your responses were due to me no later than yesterday. I have also noticed your deposition and contacted you by letters dated October 11, 2006 and November 8, 2006 to arrange for your deposition. I have not received a response from you, nor have I have received your responses to the aforementioned discovery requests. Please contact me before the end of the day on Monday November 20 so that we can discuss the time for your deposition and so that you can let me know your intentions regarding your discovery responses. If I do not receive a response from you, I will have to file a motion to compel your discovery responses and I will assume that the previously noticed deposition time is convenient for you. I would much prefer to discuss these matters with you rather than taking the court's time to address the issues. You can reach me on my cell phone at 334-220-9602 at any time or at 334-826-7207 Monday through Thursday morning this week and next week. I will look forward to your response.

Very truly yours,

WILKERSON & BRYAN, P.C.

AMANDA C. CARTER

ACC/sed


EXHIBIT "C"