# WILKERSON ❖ BRYAN

WILKERSON & BRYAN, P.C.
ATTORNEYS & COUNSELORS

405 SOUTH HULL STREET
MONTGOMERY, ALABAMA 36104
TEL. 334.265.1500

AMANDA C. CARTER

amanda@wilkersonbryan.com

MAILING ADDRESS
POST OFFICE BOX 830
36101-0830
FAX 334.265.0319

November 17, 2006

Elaine M. Coley
6321 Sandy Ridge Curve
Montgomery, AL 36117

Re:   *Elaine M. Coley v. Alabama Medicaid Agency*; **In the United States District Court for the Middle District of Alabama Northern Division; CV-06-378.**

Dear Ms. Coley:

    Thank you for your telephone call this morning acknowledging my letters. I understand from our telephone conversation that you will contact me again Monday, but that you believe the previously noticed deposition date of December 1, 2006 at 9:00 a.m. is convenient for you. I appreciate your phone call and will look forward to your discovery responses on Wednesday. As I previously indicated, you can reach me on my cell phone at 334-220-9602 at any time.

Very truly yours,

WILKERSON & BRYAN, P.C.

AMANDA C. CARTER

ACC/sed



EXHIBIT "D"