# WILKERSON ✦ BRYAN

WILKERSON & BRYAN, P.C.
ATTORNEYS & COUNSELORS

405 SOUTH HULL STREET
MONTGOMERY, ALABAMA 36104
TEL. 334.265.1500

AMANDA C. CARTER

amanda@wilkersonbryan.com

MAILING ADDRESS
POST OFFICE BOX 830
36101-0830
FAX 334.265.0319

November 20, 2006

Elaine M. Coley
6321 Sandy Ridge Curve
Montgomery, AL 36117

Re: *Elaine M. Coley v. Alabama Medicaid Agency*; In the United States District Court for the Middle District of Alabama Northern Division; CV-06-378.

Dear Ms. Coley:

Thank you for your telephone call this morning indicating that you would like to have additional time to prepare your discovery responses. Pursuant to our conversation, we agreed that you will deliver your discovery responses to my office no later than Monday morning November 27. If I do not receive your responses, I will have no choice but to file with the court a motion to compel your responses. As we discussed, I need your responses well in advance of your deposition so that I have adequate time to prepare for the deposition.

Very truly yours,

WILKERSON & BRYAN, P.C.

AMANDA C. CARTER

ACC/sed


EXHIBIT E