# WILKERSON ♦ BRYAN

WILKERSON & BRYAN, P.C.
ATTORNEYS & COUNSELORS

405 SOUTH HULL STREET
MONTGOMERY, ALABAMA 36104
TEL 334.265.1500
amanda@wilkersonbryan.com

AMANDA C. CARTER

MAILING ADDRESS
POST OFFICE BOX 830
36101-0830
FAX 334.265.0319

November 30, 2006

**VIA ELECTRONIC MAIL AND U.S MAIL**

Elaine M. Coley
6321 Sandy Ridge Curve
Montgomery, AL 36117

Re:   *Elaine M. Coley v. Alabama Medicaid Agency*; In the United States District Court for the Middle District of Alabama Northern Division; CV-06-378.

Dear Ms. Coley:

   Pursuant to my letter of November 27, 2006 I have filed with the Court the enclosed motion to compel. Because you failed to properly respond to Defendant's discovery requests, I have been unable to properly prepare for your deposition on Friday. For that reason, I have no choice but to postpone your deposition until such time as I have received your discovery responses.

Very truly yours,

WILKERSON & BRYAN, P.C.

AMANDA C. CARTER

ACC/sed
Enclosure

