IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
| Defendant. | ) |

## RE-NOTICE OF TAKING DEPOSITION

TO:  Elaine M. Coley
     6321 Sandy Ridge Curve
     Montgomery, AL 36117

Please take notice that the Defendant, ALABAMA MEDICAID AGENCY, will take the deposition of the Plaintiff, ELAINE M. COLEY, on December 29, 2006 at 10:00 a.m., at the law offices of Wilkerson & Bryan, P.C., 405 South Hull Street, Montgomery, Alabama. This deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure for the purpose of discovery or use as evidence in this action, or for both purposes. The deposition shall continue from day to day until complete and will be taken in front of a Notary Public or such other officer authorized to administer oaths.

Dated: December 15, 2006.

s/Amanda C. Carter
MARK D. WILKERSON (WIL072)
AMANDA C. CARTER (CAR116)
Attorneys for Defendant
Alabama Medicaid Agency
WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104

        Telephone:  (334) 265-1500
        Facsimile:   (334) 265-0319
        mark@wilkersonbryan.com
        amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

## **CERTIFICATE OF SERVICE**

  I do hereby certify that on this the 15th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the Plaintiff, properly addressed and first class postage prepaid.

**Elaine M. Coley, Pro Se**
6321 Sandy Ridge Curve
Montgomery, AL 36117
(334) 207-3606

                **s/Amanda C. Carter**
                MARK D. WILKERSON (WIL072)
                AMANDA C. CARTER (CAR116)
                Attorneys for Defendant
                Alabama Medicaid Agency
                WILKERSON & BRYAN, P.C.
                405 South Hull Street
                Montgomery, AL 36104
                Telephone:  (334) 265-1500
                Facsimile:   (334) 265-0319
                mark@wilkersonbryan.com
                amanda@wilkersonbryan.com