**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ELAINE M. COLEY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | ) |
| v. | )     **CASE NO: 2:06cv378-WKW** |
| | ) |
| | ) |
| **ALABAMA MEDICAID AGENCY,** | ) |
| | ) |
|     **Defendant.** | ) |

**SECOND RE-NOTICE OF TAKING DEPOSITION**

TO:    Elaine M. Coley
        6321 Sandy Ridge Curve
        Montgomery, AL 36117

    Please take notice that the Defendant, ALABAMA MEDICAID AGENCY, will take the deposition of the Plaintiff, ELAINE M. COLEY, on January 12, 2007 at 10:00 a.m., at the law offices of Wilkerson & Bryan, P.C., 405 South Hull Street, Montgomery, Alabama. This deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure for the purpose of discovery or use as evidence in this action, or for both purposes. The deposition shall continue from day to day until complete and will be taken in front of a Notary Public or such other officer authorized to administer oaths.

    Dated: December 26, 2006.

                                            **/s/Amanda C. Carter**
                                            MARK D. WILKERSON (WIL072)
                                            AMANDA C. CARTER (CAR116)
                                            Attorneys for Defendant
                                            Alabama Medicaid Agency
                                            WILKERSON & BRYAN, P.C.
                                            405 South Hull Street
                                            Montgomery, AL 36104

        Telephone:  (334) 265-1500
        Facsimile:   (334) 265-0319
        mark@wilkersonbryan.com
        amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this the 26th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the Plaintiff, properly addressed and first class postage prepaid.

**Elaine M. Coley, Pro Se**
6321 Sandy Ridge Curve
Montgomery, AL 36117
(334) 207-3606

                                              **s/Amanda C. Carter**
                                              MARK D. WILKERSON (WIL072)
                                              AMANDA C. CARTER (CAR116)
                                              Attorneys for Defendant
                                              Alabama Medicaid Agency
                                              WILKERSON & BRYAN, P.C.
                                              405 South Hull Street
                                              Montgomery, AL 36104
                                              Telephone: (334) 265-1500
                                              Facsimile: (334) 265-0319
                                              mark@wilkersonbryan.com
                                              amanda@wilkersonbryan.com