IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

On November 30, 2006, the defendant filed a motion to compel, asserting that the plaintiff had failed to respond to requests for production and failed to contact the defendant regarding a deposition date. (Doc. # 22.) In response to this court's December 5, 2006, show cause order, the plaintiff submitted a response to the defendant's request for production. (Doc. No. 24.) On December 26, 2006, the defendant filed a notice to take the plaintiff's deposition. (Doc. No. 26.) Accordingly, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 5th day of January, 2007.

                                          /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE