IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO: 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT ALABAMA MEDICAID AGENCY'S**
**MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE**

COMES NOW the DEFENDANT ALABAMA MEDICAID AGENCY (hereinafter referred to "Medicaid") and moves this Court for an extension of time for filing its dispositive motions. As grounds therefore Medicaid would show unto the Court as follows:

1. This Court established March 8, 2007 as the deadline for dispositive motions in the above matter.

2. Defense counsel respectfully requests a two week extension of this deadline, from March 8, 2007 to March 22, 2007 due to unforeseen scheduling conflicts.

3. This Court has previously granted Plaintiff liberal extensions of deadlines and the Plaintiff will not be prejudiced by an extension in this instance.

WHEREFORE, PREMISES CONSIDERED, Medicaid respectfully requests that this Honorable Court will enter said extension of time for filing dispositive motions to March 22, 2007.

Dated: March 7, 2007.

        **s/Amanda C. Carter**
        MARK D. WILKERSON (WIL072)
        AMANDA C. CARTER (CAR116)
        Attorneys for Defendant
        Alabama Medicaid Agency
        WILKERSON & BRYAN, P.C.
        405 South Hull Street
        Montgomery, AL 36104
        Telephone:  (334) 265-1500
        Facsimile:   (334) 265-0319
        mark@wilkersonbryan.com
        amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:  (334) 265-1500
Facsimile:   (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**CERTIFICATE OF SERVICE**

  I do hereby certify that on this the 7th day of March 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the Plaintiff, properly addressed and first class postage prepaid.

Elaine M. Coley, Pro Se
6321 Sandy Ridge Curve
Montgomery, AL 36117
(334) 207-3606

                <u>s/Amanda C. Carter</u>
                MARK D. WILKERSON (WIL072)
                AMANDA C. CARTER (CAR116)
                Attorneys for Defendant
                Alabama Medicaid Agency
                WILKERSON & BRYAN, P.C.
                405 South Hull Street
                Montgomery, AL 36104
                Telephone:  (334) 265-1500
                Facsimile:   (334) 265-0319
                mark@wilkersonbryan.com
                amanda@wilkersonbryan.com