IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELAINE M. COLEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:06cv378-WKW |
| | ) | |
| ALABAMA MEDICAID AGENCY, | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

The defendant filed on March 7, 2007, a motion to extend the deadline for filing dispositive motions. (Doc. # 29.) For good cause, it is

ORDERED that the motion be and is hereby GRANTED and that the deadline for filing dispositive motions be and is hereby extended from March 8, 2007,[1] to March 22, 2007.

Done this 7th day of March, 2007.

        /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] On October 11, 2006, this court entered an order indicating that dispositive motions should be filed on or before "March 8, 2006." (Doc. # 20.)  Given that the order was signed on October 11, 2006, it is clear that the reference to "2006" was merely a scrivener's error and that the court intended for the motions to be filed on or before March 8, 2007.