# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO: 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT ALABAMA MEDICAID AGENCY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the *Federal Rules of Civil Procedure* Defendant Alabama Medicaid Agency ("Medicaid") respectfully moves for summary judgment in its favor on all counts alleged in the Complaint. Medicaid shows unto the Court that there are no genuine issues of material fact and that Medicaid is entitled to judgment as a matter of law. In support of this Motion, Medicaid relies on Medicaid's Evidentiary Submission and Medicaid's Memorandum of Law, which are being filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, Medicaid respectfully requests that this Honorable Court will enter summary judgment in its favor and against the Plaintiff on all of the claims set forth in the Plaintiff's Complaint.

Dated: March 22, 2007.

        **s/Amanda C. Carter**
        MARK D. WILKERSON (WIL072)
        AMANDA C. CARTER (CAR116)
        Attorneys for Defendant
        Alabama Medicaid Agency
        WILKERSON & BRYAN, P.C.
        405 South Hull Street
        Montgomery, AL 36104
        Telephone: (334) 265-1500
        Facsimile: (334) 265-0319
        mark@wilkersonbryan.com
        amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone: (334) 265-1500
Facsimile: (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this the 22nd day of March 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the Plaintiff, properly addressed and first class postage prepaid.

Elaine M. Coley, Pro Se
6321 Sandy Ridge Curve
Montgomery, AL 36117
(334) 207-3606

                                          **s/Amanda C. Carter**
                                          MARK D. WILKERSON (WIL072)
                                          AMANDA C. CARTER (CAR116)
                                          Attorneys for Defendant
                                          Alabama Medicaid Agency
                                          WILKERSON & BRYAN, P.C.
                                          405 South Hull Street
                                          Montgomery, AL 36104
                                          Telephone:  (334) 265-1500
                                          Facsimile:   (334) 265-0319
                                          mark@wilkersonbryan.com
                                          amanda@wilkersonbryan.com