# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO: 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT ALABAMA MEDICAID AGENCY'S
## EVIDENTIARY SUBMISSION IN SUPPORT
## OF MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant Alabama Medicaid Agency ("Medicaid") and, in accordance with Section IV, Part B of the Administrative Procedures of this Court, submits the following evidentiary materials in support of its Motion for Summary Judgment and accompanying Memorandum of Law:

Exhibit A:  Plaintiff's Complaint

Exhibit B:  Affidavit of Georgette Harvest (Personnel)

Attachment 1:  Medicaid's ASA-II Job Description and the Personnel Department's ASA-II Job Description.

Attachment 2:  Medicaid's ASA-III Job Description and Personnel Department's ASA-III Job Description.

Attachment 3:  Medicaid's policies on non-discrimination and Promotion/Demotion

Attachment 4:  Excerpts from Elaine Coley's personnel file: (a) January 12, 2000 Memorandum prepared by

|  |  |  |
|---|---|---|
|  |  | DOT supervisor, Bonita Crosskno, (b) June 30, 2003 "Memorandum to Personnel File" from Linda Lackey through Mary Finch, (c) July 25, 2003 Appraisal performed by Linda Lackey, as rating supervisor, and Mary Finch as Reviewing Supervisor, and (d) May 13, 2004 Corrective Action Plan by Mike Murphy |
|  | Attachment 5: | July 22, 2004 Appraisal performed by Mike Murphy |
| Exhibit C: | Excerpts from Plaintiff's Deposition |  |
| Exhibit D: | Affidavit of William Butler |  |
|  | Attachment 1: | July 20, 2004 Coley Employee Grievance Form |
|  | Attachment 2: | July 22, 2004 Maddox Memorandum to Coley |
|  | Attachment 3: | July 26, 2004 Maddox Memorandum to File re Grievance Filed by Coley |
|  | Attachment 4: | July 27, 2004 Maddox Memorandum |
|  | Attachment 5: | July 28, 2004 Maddox Memorandum for the Record |
|  | Attachment 6: | August 2, 2004 Rawls Memorandum |
|  | Attachment 7: | August 20, 2004 Memorandum |
|  | Attachment 8: | August 24, 2004 Letter from Commissioner Carol Herrmann to Elaine Coley |
| Exhibit E: | Excerpt from Plaintiff's Interrogatory Responses |  |

Dated: March 22, 2007.

        **s/Amanda C. Carter**
MARK D. WILKERSON (WIL072)
AMANDA C. CARTER (CAR116)
Attorneys for Defendant
Alabama Medicaid Agency
WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone: (334) 265-1500
Facsimile: (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**OF COUNSEL:**

WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone: (334) 265-1500
Facsimile: (334) 265-0319
mark@wilkersonbryan.com
amanda@wilkersonbryan.com

**CERTIFICATE OF SERVICE**

       I do hereby certify that on this the 22nd day of March 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed a copy of the foregoing to the Plaintiff, properly addressed and first class postage prepaid.

Elaine M. Coley, Pro Se
6321 Sandy Ridge Curve
Montgomery, AL 36117
(334) 207-3606

                                         **s/Amanda C. Carter**
                                         MARK D. WILKERSON (WIL072)
                                         AMANDA C. CARTER (CAR116)
                                         Attorneys for Defendant
                                         Alabama Medicaid Agency
                                         WILKERSON & BRYAN, P.C.
                                         405 South Hull Street
                                         Montgomery, AL 36104
                                         Telephone:  (334) 265-1500
                                         Facsimile:   (334) 265-0319
                                         mark@wilkersonbryan.com
                                         amanda@wilkersonbryan.com