IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELAINE M. COLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv378-WKW |
| | ) | |
| ALABAMA MEDICAID AGENCY, | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

Now pending before the court is the April 10, 2007, motion for extension (doc. # 35) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the plaintiff be and is hereby GRANTED an extension to and including April 27, 2007, to file a response to the defendant's motion for summary judgment.

Done this 13th day of April, 2007.

                                /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE