IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE M. COLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv378-WKW |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
|     Defendant. | ) |

ORDER

Now pending before the court is the May 14, 2007, motion to strike plaintiff's evidence and reply (doc. # 38) filed by the defendant. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby DENIED.

Done this 11th day of September, 2007.

                                      /s/Charles S. Coody
                               CHARLES S. COODY
                               CHIEF UNITED STATES MAGISTRATE JUDGE