IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELAINE M. COLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-0378-WKW |
| | ) | |
| ALABAMA MEDICAID AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On September 11, 2007, the Magistrate Judge filed a Recommendation (Doc. # 39) in this case to which no timely objections were filed. Upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 39) is ADOPTED;

2. The defendant's Motion for Summary Judgment (Doc. # 31) is GRANTED as to each and every claim; and

3. This case is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this the 21st day of November 2007.

                                                             /s/   W.  Keith Watkins
                                                       UNITED STATES DISTRICT JUDGE